**No. 58738.**—Royal Coin Company, Inc. *v.* United States, protest 238437–K (New York).

Opinion by WILSON, J. An examination of the official papers failing to disclose any reason for disturbing the action of the collector, which was presumptively correct, the protest was dismissed.

**No. 58739.**—W. Pearce & Brothers, Inc. *v.* United States, protest 240148–K (New York).

Opinion by WILSON, J. An examination of the official papers failing to disclose any reason for disturbing the action of the collector, which was presumptively correct, the protest was dismissed.

BEFORE THE SECOND DIVISION, FEBRUARY 3, 1955

**No. 58740.**—E. W. Smith and Company *v.* United States, protest 221927–K (San Francisco).

Opinion by LAWRENCE, J. An examination of the official papers failing to disclose any reason for disturbing the action of the collector, which was presumptively correct, the protest was overruled.

**No. 58741.**—Geo. S. Bush & Co., Inc. *v.* United States, protests 179508–K, etc. (Seattle).

Opinion by RAO, J. It was stipulated that the merchandise consists of magnesium articles similar in all material respects to those which were the subject of *Geo. S. Bush & Co., Inc.* v. *United States* (32 Cust. Ct. 316, C. D. 1620) and that the said articles are unfinished parts of internal-combustion engines of the carburetor type similar to those involved in *Geo. S. Bush & Co., Inc.* v. *United States* (41 C. C. P. A. 33, C. A. D. 525). Upon the agreed statement of facts and following the cited decisions, the claims of the plaintiff were sustained.